MOTION DENIED
this _27th_ day of _April_,
20_13_

_[signature]_
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

## THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

STATE OF NORTH CAROLINA, ex rel.
ROY COOPER, Attorney General

                            Plaintiff,

            _- against -_

THE MCGRAW-HILL COMPANIES, INC. AND
STANDARD & POOR'S FINANCIAL SERVICES LLC

                          Defendants.

Case No.: 5:13-CV-00163-FL

## MOTION FOR RECONSIDERATION

For the reasons forth in the accompanying memorandum, Defendants The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC move the Court to reconsider its order (Doc. 26) denying Defendants' motion to stay all proceedings in this action until Defendants' motion to transfer this and other related cases for centralized pretrial proceedings is resolved by the Judicial Panel on Multidistrict Litigation ("JPML").

This 26th day of April, 2013.

Respectfully submitted,

/s/ J. Dickson Phillips, III
J. Dickson Phillips, III
N.C. Bar No. 8941
dphillips@rbh.com

ROBINSON BRADSHAW & HINSON, P.A.
1450 Raleigh Road, Suite 100
Chapel Hill, NC 27517
Telephone: (919) 328-8800
Facsimile: (919) 328-8790